UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | Master Docket No.:  2:18-mn-2873-RMG<br><br>**This document relates to:**<br>See Exhibit A Attached Hereto |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs in the actions identified in Exhibit A attached hereto and Defendants Tyco Fire Products LP ("Tyco"), Chemguard, Inc. ("Chemguard"), and ChemDesign Products, Inc. ("ChemDesign") hereby stipulate and agree to a dismissal with prejudice of all Plaintiffs' Claims against Tyco, Chemguard,  ChemDesign, and any other Released Parties[1] in the actions identified in Exhibit A pursuant to Plaintiffs' decision to participate in the Settlement Agreement Between Public Water Systems and Tyco  dated April 12, 2024 (the "Settlement Agreement"), which received final approval on November 22, 2024, from the Court overseeing *In Re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2:18-mn-2873 (D.S.C.).

Each party shall bear its own costs.

---

[1] Unless otherwise indicated, all capitalized terms in this motion have the meaning given to them in the Settlement Agreement.

1

Dated: May 16, 2025                                      Respectfully submitted,

/s/ Scott Summy                                          /s/ David E. Dukes
Scott Summy                                              David E. Dukes
Cary McDougal                                            Nelson Mullins Riley & Scarborough LLP
Carla Burke Pickrel                                      1320 Main Street / 17th Floor
Jason Julius                                             Post Office Box 11070 (29211-1070)
BARON & BUDD, P.C.                                       Columbia, SC 29201
3102 Oak Lawn Avenue, Suite 1100                         (803) 799-2000
Dallas, TX 75219-4281                                    david.dukes@nelsonmullins.com
Telephone: (214) 521-3605
Fax: (214) 523-6600
ssummy@baronbudd.com                                     /s/ Liam J. Montgomery
cmcdougal@baronbudd.com                                  Liam J. Montgomery
cburkepickrel@baronbudd.com                              WILLIAMS & CONNOLLY LLP
jjulius@baronbudd.com                                    680 Maine Ave SW
                                                         Washington, DC 20024
*Counsel for Plaintiffs Listed on Exhibit A*             (202) 434-5000
                                                         lmontgomery@wc.com

/s/ Brandon Taylor                                       *Counsel for Defendants Tyco Fire Products LP*
Brandon Taylor                                           *and Chemguard, Inc.*
Jody Fortunato
COSSICH SUMICH PARSIOLA
AND TAYLOR LLC                                           /s/ Jonathan B. Blakley
8397 Highway 23                                          Jonathan B. Blakley
Suite 100                                                GORDON REES SCULLY MANSUKHANI
Belle Chasse, LA 70037                                   One North Wacker, Suite 1600
(504) 394-9000                                           Chicago, IL 60606
btaylor@cossichlaw.com                                   (312) 619-4915
jfortunato@cossichlaw.com                                jblakley@grsm.com

*Counsel for Plaintiffs Listed on Exhibit A*             *Counsel for ChemDesign Products Inc.*

2